
DAVID J. MILLSTEIN, ESQ. (CSB# 87878)
GERALD S. RICHELSON, ESQ. (CSB #267705)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336
Email:  dmillstein@millstein-law.com
Email:  grichelson@millstein-law.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ALAN SAMPSON MD & KATHY SAMPSON on behalf of the ESTATE OF ANDREW SAMPSON. <br><br> Plaintiff, <br><br> vs. <br><br> UKIAH VALLEY MEDICAL CENTER; ADVENTIST HEALTH; DEBBIE L MARKS, MD; CALSTAR; &the DEPARTMENT OF CALIFORNIA HIGHWAY PATROL; and Does 1 through 10. <br><br> Defendants. | **Case No.: 15-cv-00160-WHO** <br><br> **APPLICATION AND MOTION FOR AN ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE UNTIL AFTER PLAINTIFF'S LAST DAY TO SERVE THE COMPLAINT** |

Plaintiff brings the present motion to continue the case management conference to a date after the deadline to serve all the defendants in the present matter.  Plaintiff filed the present suit on January 12, 2015.  Accordingly, Plaintiff's last day to serve all parties in the present action is May 12, 2015.  The Court, however, has set the initial case management conference for April 14th, 2015.  The deadline to file a joint case management statement is April 7, 2015.  Currently, Plaintiff has not yet served any defendant in the present action.  In the interest of judicial economy and promoting a productive case management conference Plaintiff requests The Court continue the initial case management conference until after Plaintiff's last day to serve all parties.  Accordingly Plaintiff requests The Court continue the case management conference in the present action until after Plaintiff's last day to serve Defendants.

Dated:  April 7, 2015                                MILLSTEIN & ASSOCIATES

                                            By: */s/ David J. Millstein*_____
                                                    David J. Millstein, Esq.
                                                    Attorneys for Plaintiff

[PROPOSED] ORDER

The Court having considered the Plaintiff's Application and Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Case Management Conference currently on Calendar for April 14th, 2015 is continued until June 9, 2015.
2. The parties are to file a Joint Case Management Statement not later than June 2, 2015.

**IT IS SO ORDERED:**

Dated: __April 7, 2015_____



_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE