**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
  Email: Reuben.Jacobson@lewisbrisbois.com
CAROL SLEETH, SB# 111460
  Email: Carol.Sleeth@lewisbrisbois.com
SANDRA K. INDECH, SB# 206417
  Email: Sandra.Indech@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant UKIAH ADVENTIST HOSPITAL
aka UKIAH VALLEY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| DR. ALAN SAMPSON M.D. & KATHY SAMPSON on behalf of the ESTATE OF ANDREW SAMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UKIAH VALLEY MEDICAL CENTER; ADVENTIST HEALTH; DEBBIE L. MARKS, MD; CALSTAR; & the DEPARTMENT OF CALIFORNIA HIGHWAY PATROL; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:15-CV-00160-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE THE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT AND FOR HEARING ON THE MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED** between Plaintiffs DR. ALAN SAMPSON M.D. & KATHY SAMPSON, on behalf of the ESTATE OF ANDREW SAMPSON ("Plaintiffs") and Defendant UKIAH ADVENTIST HOSPITAL aka UKIAH VALLEY MEDICAL CENTER ("Defendant"), by and through their respective attorneys of record as follows:

Good cause appearing therefore in order to complete Mediation prior to the necessity of filing the anticipated Motion for Summary Judgment by Ukiah Adventist Hospital aka Ukiah Valley Medical Center and opposition by Plaintiffs, the Parties stipulate and request the Court order that the cut off for hearing dispositive motions be continued from June 7, 2017 to June 28, 2017, with the filing of such motion to be commensurate with



the continued hearing cut-off date of June 28, 2017 for UKIAH ADVENTIST HOSPITAL aka UKIAH VALLEY MEDICAL CENTER's anticipated Motion for Summary Judgment.

IT IS SO STIPULATED.

DATED: April 28, 2017                               LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/* Reuben B. Jacobson
Reuben B. Jacobson
Carol Sleeth
Sandra K. Indech
Attorneys for Defendant UKIAH ADVENTIST HOSPITAL aka UKIAH VALLEY MEDICAL CENTER

DATED: April 26, 2017                               MILLSTEIN & ASSOCIATES

By: */s/* Gerald S. Richelson
David J. Millstein, Esq.
Gerald S. Richelson, Esq.
Attorneys for Plaintiffs
DR. ALAN SAMPSON M.D. &
KATHY SAMPSON on behalf of the
ESTATE OF ANDREW SAMPSON

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFORE, based on the request and stipulation of the parties and in order to complete mediation prior to the necessity of filing and opposing the anticipated Motion for Summary Judgment by UKIAN ADVENTIST HOSPITAL aka UKIAH VALLEY MEDICAL CENTER, the Court orders that the cut-off for hearing dispositive motions be continued from June 7, 2017 to June 28, 2017 with the filing of such motion to be commensurate with the continued hearing cut-off date of June 28, 2017 for UKIAH ADVENTIST HOSPITAL aka UKIAH VALLEY MEDICAL CENTER's anticipated Motion for Summary Judgment.

DATED: May 12, 2017

_____
The Honorable
Judge of the United States District Court



4819-8422-1767.1    3    3:15-CV-00160-WHO

STIPULATION AND ORDER TO CONTINUE THE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT AND FOR HEARING ON THE MOTION FOR SUMMARY JUDGMENT