DAVID J. MILLSTEIN, ESQ. (CSB# 87878)
GERALD S. RICHELSON, ESQ. (CSB #267705)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336
Email:  dmillstein@millstein-law.com
Email:  grichelson@millstein-law.com

**Attorneys for Plaintiffs:**
DR. ALAN SAMPSON MD &
KATHY SAMPSON on behalf of the
ESTATE OF ANDREW SAMPSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. ALAN SAMPSON MD & KATHY SAMPSON on behalf of the ESTATE OF ANDREW SAMPSON.<br><br>Plaintiffs,<br><br>vs.<br><br>UKIAH VALLEY MEDICAL CENTER; ADVENTIST HEALTH; DEBBIE L MARKS, MD; PACIFIC REDWOOD MEDICAL GROUP; and Does 1 through 10.<br><br>Defendants. | Case No.:  15-cv-00160-~~WHO~~ JST<br><br>**STIPULATION OF ALL PARTIES FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

The parties, Plaintiff DR. ALAN SAMPSON MD & KATHY SAMPSON, individually and on behalf of the ESTATE OF ANDREW SAMPSON, and Defendants UKIAH ADVENTIST HOSPITAL aka UKIAH VALLEY MEDICAL CENTER; ADVENTIST HEALTH; DEBBIE L MARKS, MD; PACIFIC REDWOOD MEDICAL GROUP hereby stipulate as follows:

1. Plaintiffs' entire complaint against all defendants as captioned above, including all causes of action alleged therein, is hereby Dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

2. All parties shall bear their own attorneys' fees and costs.

3. The clerk shall close the file.

**SO STIPULATED:**

Dated: March 2, 2018                MILLSTEIN & ASSOCIATES

By: ____*/s/ Gerald S. Richelson*_____
David J. Millstein, Esq.
Gerald S. Richelson, Esq.
Attorneys for PLAINTIFFS
DR. ALAN SAMPSON MD &
KATHY SAMPSON on behalf of the
ESTATE OF ANDREW SAMPSON

Dated: March 2, 2018                HASSARD BONNINGTON LLP

By: ____*/s/ Joseph Gharrity*_____
Joseph Gharrity, Esq.
Corinna Meissner, Esq.
Attorneys for DEFENDANTS
DEBBIE L. MARKS, M.D. and
PACIFIC REDWOOD MEDICAL CENTER

2
**STIPULATION OF ALL PARTIES FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

DATED: March 2, 2018　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___*/s/ Reuben B. Jacobson*___
Reuben B. Jacobson, Esq.
Kathleen Humphrey, Esq.
Attorneys for DEFENDANT
UKIAH ADVENTIST HOSPITAL aka UKIAH VALLEY MEDICAL CENTER

**STIPULATION OF ALL PARTIES FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

**IT IS SO ORDERED:**

The Court having considered the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs' entire complaint against all defendants as captioned above, including all causes of action alleged therein, is hereby Dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and
2. All parties shall bear their own attorneys' fees and costs.
3. The clerk shall close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 2, 2018  _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE